```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 28162
    SHARON HARRIS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7475


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/20/2008 and was not confirmed.

     The case was dismissed without confirmation 01/12/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------

EASTERN SAVINGS BANK      MORTGAGE NOTI NOT FILED              .00            .00
RMI/MCSI                  UNSECURED          450.00            .00            .00
EASTERN SAVINGS BANK      CURRENT MORTG        .00             .00            .00
EASTERN SAVINGS BANK      MORTGAGE ARRE   30000.00             .00            .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED             .00            .00
NEXTEL                    UNSECURED      NOT FILED             .00            .00
COMCAST                   UNSECURED      NOT FILED             .00            .00
STEVEN A BOBBE DDS PC     UNSECURED      NOT FILED             .00            .00
WESTSIDE PATHOLOGY ASSOC  UNSECURED      NOT FILED             .00            .00
COLORADO TECHNICAL UNIVE  UNSECURED      NOT FILED             .00            .00
WEST SUBURBAN MEDICAL CT  UNSECURED      NOT FILED             .00            .00
WEST SUBURBAN MEDICAL CT  UNSECURED      NOT FILED             .00            .00
LOYOLA UNIVERSITY PHY NS  UNSECURED      NOT FILED             .00            .00
LOYOLA UNIVERSITY PHY NS  UNSECURED      NOT FILED             .00            .00
MEDICAL IMAGING PROFESSI  UNSECURED      NOT FILED             .00            .00
MED BUSI BUR              UNSECURED      NOT FILED             .00            .00
MED BUSI BUR              UNSECURED      NOT FILED             .00            .00
ASSOCIATED PATHOLOGY      UNSECURED      NOT FILED             .00            .00
ELMHURST RADIOLOGISTS     UNSECURED      NOT FILED             .00            .00
ASSOCIATED PATHOLOGY      UNSECURED      NOT FILED             .00            .00
ELMHURST RADIOLOGISTS     UNSECURED      NOT FILED             .00            .00
ELMHURST RADIOLOGISTS     UNSECURED      NOT FILED             .00            .00
ELMHURST MEMORIAL HOSPIT  UNSECURED      NOT FILED             .00            .00
ELMHURST MEMORIAL HOSPIT  UNSECURED      NOT FILED             .00            .00
ELMHURST MEMORIAL HOSPIT  UNSECURED      NOT FILED             .00            .00
ELMHURST EMERGENCY MEDIC  UNSECURED      NOT FILED             .00            .00
T MOBILE                  UNSECURED      NOT FILED             .00            .00
TCF BANK                  UNSECURED      NOT FILED             .00            .00
VILLAGE OF FOREST PARK    UNSECURED      NOT FILED             .00            .00
WEST SIDE EMERGENCY PHYS  UNSECURED      NOT FILED             .00            .00
WEST SIDE EMERGENCY PHYS  UNSECURED      NOT FILED             .00            .00
WEST SIDE EMERGENCY PHYS  UNSECURED      NOT FILED             .00            .00
WEST SIDE EMERGENCY PHYS  UNSECURED      NOT FILED             .00            .00
WEST SIDE EMERGENCY PHYS  UNSECURED      NOT FILED             .00            .00
WACHOVIA ACS              UNSECURED      NOT FILED             .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 28162 SHARON HARRIS
```

```
RJM AQUISITIONS FUNDING   UNSECURED          117.88              .00              .00
EASTERN SAVINGS BANK      CURRENT MORTG         .00              .00              .00
EASTERN SAVINGS BANK      SECURED NOT I    43282.66              .00              .00
SECOND START              DEBTOR ATTY      3,160.00                               .00
TOM VAUGHN                TRUSTEE                                                 .00
DEBTOR REFUND             REFUND                                                  .00
```

Summary of Receipts and Disbursements:

```
---------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                       .00                      .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
         CASE NO. 08 B 28162 SHARON HARRIS